AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gibney, John A. | District Court-Eastern District of Virginia | 08/06/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
701 East Broad Street
Suite 6014
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Lawyers Helping Lawyers |
| 2. Director | ThompsonMcMullan, PC See Part VII, Note 1 |
| 3. Executor | Estate _____ See Part VIII, Note 2 |
| 4. Vice Chair | Virginia Substance Abuse Services Commission See Part VIII, Note 3 |
| 5. Trustee | Trust _____ See Part VIII, Note 9 |
| 6. Trustee | Trust _____ See Part VIII, Note 9 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | ThompsonMcMullan 401K retirement plan. I was able to select investments from a number of mutual funds. See Part VIII, Note 4 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Trial Lawyers Association | 3/31/11 | Homestead, Virginia | Speak at convention | Room, meals, and mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegheny Energy Corp | A | Dividend | | | Sold | 1/3/11 | K | A | |
| 2. AT&T | A | Dividend | K | T | | | | | |
| 3. Beam, Inc. | A | Dividend | K | T | | | | | |
| 4. Coca-Cola | A | Dividend | K | T | | | | | |
| 5. CSX | C | Dividend | M | T | | | | | |
| 6. Dominion Resources | A | Dividend | | | Sold | 01/04/11 | K | A | |
| 7. DuPont | A | Dividend | K | T | | | | | |
| 8. Exelon Corp | A | Dividend | K | T | | | | | |
| 9. Exxon | D | Dividend | N | T | | | | | |
| 10. First Energy Corp(X) | A | Dividend | K | T | | | | | |
| 11. Fortune Brands | A | Dividend | J | T | | | | | |
| 12. Frontier Communications | | None | | | Sold | 10/14/10 | J | A | |
| 13. Intel | A | Dividend | K | T | | | | | |
| 14. Loudoun Conty Virginia Bonds | B | Interest | | | Sold | 1/3/11 | K | A | |
| 15. Merck | B | Dividend | K | T | | | | | |
| 16. Nuveen Select Maturities Municipal Fund | A | Interest | J | T | | | | | |
| 17. Nuveen Select Tax Free Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Pepco | A | Dividend | K | T | | | | | |
| 19.  Plum Creek Timber | B | Dividend | K | T | | | | | |
| 20.  PNC Financial Services Common Stock | A | Dividend | K | T | | | | | |
| 21.  PPL Corp | C | Dividend | L | T | | | | | |
| 22.  Progress Energy | A | Dividend | K | T | | | | | |
| 23.  Verizon Communications | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 24.  Virginia State Water bonds | | None | | | Sold | 10/01/10 | | | |
| 25.  Wal-Mart | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 26.  Wellpoint, Inc. See Part VII Note 8 | A | Dividend | K | T | Donated (part) | | | | |
| 27.  Wells Fargo Common Stock New | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 28.  Fairfax County Bonds 4.25 | A | Interest | | | Sold | 01/03/11 | K | A | |
| 29.  Fairfax Va. Bond 5.0 | A | Interest | | | Sold | 01/03/11 | K | A | |
| 30.  Fairfax County Water Bonds 5.0 | A | Interest | | | Sold | 1/3/11 | K | A | |
| 31.  Virginia St. Public School Authority Bond | B | Interest | K | T | | | | | |
| 32.  Southwest Va Regional Jail Authority Bond | B | Interest | K | T | | | | | |
| 33.  American Funds, AMCAP CL A | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 34.  American Funds, AMCAP CL A | A | Dividend | J | T | Buy (add'l) | 07/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds, American Balanced Fund Cl A | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 36. American Funds, American Balanced Fund | A | Dividend | J | T | Buy (add'l) | 07/29/11 | J | | |
| 37. American Funds, American Mutual Fund Cl A | A | Dividend | J | T | Buy | 08/26/11 | J | | |
| 38. American Funds, American Mutual Fund Cl A | A | Dividend | J | T | Buy (add'l) | 10/04/11 | J | | |
| 39. American Funds, Capital World Bond Fund | A | Dividend | J | T | Buy | 08/26/11 | J | | |
| 40. American Funds, Capital World Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/04/11 | J | | |
| 41. American funds, Capital World Growth and Income Fund | A | Dividend | J | T | Buy | 08/26/11 | J | | |
| 42. American Funds, Capital World Growth and Income Fund | A | Dividend | J | T | Buy (add'l) | 10/04/11 | J | | |
| 43. Items 39-73 of Nomination Report See Note 10 | | | | | | | | | |
| 44. American Funds, Fundamental Investors Fund Cl A | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 45. American Funds, Fundamental Investors Fund Cl A | A | Dividend | J | T | Buy (add'l) | 07/29/11 | J | | |
| 46. American Funds, New Perspective Fund Cl A | A | Dividend | K | T | Buy | 06/01/11 | J | | |
| 47. American Funds, New Perspective Fund Cl A | A | Dividend | K | T | Buy (add'l) | 06/01/11 | J | | |
| 48. American Funds, New World Fund CL A | A | Dividend | K | T | Buy | 08/26/11 | J | | |
| 49. American Funds, New World Fund Cl A | A | Dividend | K | T | Buy (add'l) | 10/04/11 | J | | |
| 50. Nuveen Select Tax Free Fund | A | Interest | J | T | | | | | |
| 51. Nuveen Virginia Municipal Bond Fund Cl I | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Virginia Premium Bond Fund | A | Interest | K | T | | | | | |
| 53. American Funds, Washington Mutual Investors Fund Cl A | A | Dividend | K | T | | | | | |
| 54. Wells Fargo Advantage Municipal Cl A | A | Dividend | K | T | | | | | |
| 55. Fairfax Va. Bonds 4.25 | A | Interest | | | Sold | 01/03/11 | J | A | |
| 56. Fairfax Va. Bonds 5.0 | A | Interest | | | Sold | 01/03/11 | J | A | |
| 57. Fairfax Va. Bonds 5.0 | A | Interest | | | Sold | 01/03/11 | K | A | |
| 58. Virginia Commonwealth University Bond | A | Interest | | | Sold | 01/03/11 | K | A | |
| 59. Scott and Stringfellow Interest Account | A | Interest | K | T | | | | | |
| 60. Delaware Mutual Funds Tax Free USA Cl A(X) | A | Interest | J | T | | | | | |
| 61. Vanguard Long-Term Tax-esempt(X) | D | Interest | M | T | | | | | |
| 62. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 63. Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 64. Northwestern Mutual Whole Life Insurance Policy | D | Dividend | N | T | | | | | |
| 65. Trust 1 | | | | | | | | | |
| 66. Citicorp Common Stock | A | Dividend | | | Sold | 12/22/10 | J | A | |
| 67. -Ford Motor Company New | A | Dividend | J | T | | | | | |
| 68. Motors Liquidation Common Stock | A | Dividend | | | Sold | 1/3/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Funds, New Perspective Mutual Fund A | A | Dividend | K | T | | | | | |
| 70. -American Funds, Washington Mutual Fund | A | Dividend | K | T | | | | | |
| 71. -American Funds, AMCAP Fund A | A | Dividend | K | T | | | | | |
| 72. -Walt Disney Co. | A | Dividend | J | T | | | | | |
| 73. -Exxon | B | Dividend | K | T | | | | | |
| 74. -Scott and Stringfellow interest bearing account | A | Interest | J | T | | | | | |
| 75. Trust 2 | | | | | | | | | |
| 76. -Ford Motor Company New | A | Dividend | J | T | | | | | |
| 77. -American Funds, New Perspective Mutual Fund A | A | Dividend | K | T | | | | | |
| 78. -American Funds Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 79. -American Funds AMCAP Fund A | A | Dividend | K | T | | | | | |
| 80. -Walt Disney Co. | A | Dividend | J | T | | | | | |
| 81. -Exxon(X) | B | Dividend | K | T | | | | | |
| 82. -Scott and Stringfellow interest bearing account | A | Interest | J | T | | | | | |
| 83. IRA 1(X) | | | | | | | | | |
| 84. -American Electic Power Co.(X) | A | Dividend | J | T | | | | | |
| 85. -John Hancock Income Securities Trust Fund(X) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Monmouth Real Estate Investment(X) Corp. | A | Dividend | J | T | | | | | |
| 87. -Pepco Holdings Inc(X) | A | Dividend | J | T | | | | | |
| 88. -FT Unit 683 Corp Invt Grade Port Symbol ▨ (X) | A | Interest | J | T | | | | | |
| 89. -American Funds, Amcap Cl A Fund | A | Dividend | J | T | Buy | 4/8/11 | J | | |
| 90. -American Funds, American Balanced Cl A Fund | A | Dividend | J | T | Buy | 4/8/11 | J | | |
| 91. -American Funds, Capital World Bond CL A Fund | A | Dividend | J | T | Buy | 4/8/11 | J | | |
| 92. -American Funds, Capital World -Growth and income Cl A Fund | A | Dividend | J | T | Buy | 4/8/11 | J | | |
| 93. -American Funds, Fundamental Investors Cl A Fund | A | Dividend | J | T | Buy | 4/8/11 | J | | |
| 94. -American Funds, New Perspective Cl A Fund | A | Dividend | J | T | Buy | 4/8/11 | J | | |
| 95. -American Funds, New World Cl A Fund | A | Dividend | J | T | Buy | 4/8/11 | J | | |
| 96. -Scott and Stringfellow Interest Bearing Account(X) | A | Interest | J | T | | | | | |
| 97. IRA 2 | | | | | | | | | |
| 98. -American Funds, Amcap Cl A Fund | A | Dividend | K | T | | | | | |
| 99. -American Funds, American Balanced Cl A Fund | B | Dividend | K | T | | | | | |
| 100. -American Funds, American Mutual Cl A Fund | A | Dividend | K | T | | | | | |
| 101. -American Funds Capital World Bond CL A Fund | B | Dividend | K | T | | | | | |
| 102. -American Funds, Capital World -Growth and income Cl A Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -American Funds, Fundamental Investors Cl A Fund | B | Dividend | K | T | | | | | |
| 104. -American Funds, Growth Fund of America Cl A Fund | A | Dividend | K | T | | | | | |
| 105. -American Funds, New Perspective Cl A Fund | B | Dividend | K | T | | | | | |
| 106. -American Funds, New World Cl A Fund | A | Dividend | K | T | | | | | |
| 107. -AES Corp | A | Dividend | J | T | | | | | |
| 108. -Apollo Investment Corp | A | Dividend | J | T | | | | | |
| 109. Bank of America | A | Dividend | | | Sold | 12/22/10 | J | A | |
| 110. -Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 111. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 112. -Corrections Corp America New | A | Dividend | J | T | | | | | |
| 113. -Gladstone Capital Corp | A | Dividend | J | T | | | | | |
| 114. -IBM | A | Dividend | K | T | | | | | |
| 115. -Johnson and Johnson | A | Dividend | | | Sold | 06/03/11 | J | B | |
| 116. -Microsoft | B | Dividend | J | T | | | | | |
| 117. -Nabors Industries Ltd | A | Dividend | J | T | | | | | |
| 118. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 119. -Qiagen NV Regular Shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Smithfield Foods | A | Dividend | J | T | | | | | |
| 121.  -Target Corp | A | Dividend | | | Sold | 12/09/11 | J | B | |
| 122.  -Teva Pharmaceutical | A | Dividend | J | T | | | | | |
| 123.  -Triangle Capital Corp. | B | Dividend | J | T | | | | | |
| 124.  -Walgreen Company | A | Dividend | J | T | | | | | |
| 125.  -Scott and Stringfellow Interest Bearing Account(X) | A | Interest | J | T | | | | | |
| 126.  IRA 3 | | | | | | | | | |
| 127.  -Vanguard Explorer Fund | A | Dividend | K | T | | | | | |
| 128.  401K see Note 5 in Part VIII | | | | | | | | | |
| 129.  -Pioneer Strategic Income Fund | A | Dividend | | | Sold (part) | 04/08/11 | K | | |
| 130.  -Pioneer Strategic Income Fund | A | Dividend | | | Sold | 09/01/11 | J | | |
| 131.  -American Funds Income Fund | A | Dividend | | | Sold (part) | 04/08/11 | K | | |
| 132.  -American Funds Income Fund | A | Dividend | | | Sold | 09/01/11 | J | | |
| 133.  -American Cent Large Company Value Fund | A | Dividend | | | Sold (part) | 04/08/11 | K | | |
| 134.  -American Cent Large Company Value Fund | A | Dividend | | | Sold | 09/01/11 | J | | |
| 135.  -American Funds Growth Fund | A | Dividend | | | Sold (part) | 04/08/11 | K | | |
| 136.  -American Funds Growth Fund | A | Dividend | | | Sold | 09/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Lord Abbett Small Cap Value Fund | A | Dividend | | | Sold (part) | 04/08/11 | K | | |
| 138. -Lord Abbett Small Cap Value Fund | A | Dividend | | | Sold | 09/01/11 | J | | |
| 139. -T Row Price Mid-Cap Value Fund | A | Dividend | | | Sold (part) | 04/08/11 | K | | |
| 140. -T Row Price Mid-Cap Value Fund | A | Dividend | | | Sold | 09/01/11 | J | | |
| 141. -ING Fideliity VIP Mid Cap Portfolio Fund | A | Dividend | | | Sold (part) | 04/08/11 | K | | |
| 142. -ING Fideliity VIP Mid Cap Portfolio Fund | A | Dividend | | | Sold | 09/01/11 | J | | |
| 143. -American Funds EuroPacific Fund | A | Dividend | | | Sold (part) | 04/08/11 | L | | |
| 144. -American Funds EuroPacific Fund | A | Dividend | | | Sold | 09/01/11 | J | | |
| 145. Estate ▨▨▨ See Part VIII, Note 6. | D | Int./Div. | | | | | | | |
| 146. -AT&T | | | | | Distributed | 05/28/10 | K | | |
| 147. -Beam, Inc. | | | | | Distributed | 05/28/10 | K | | |
| 148. -CSX Corp | | | | | Distributed | 05/28/10 | M | | |
| 149. -Coca-Cola | | | | | Distributed | 05/28/10 | K | | |
| 150. -Dominion Resources | | | | | Distributed | 05/28/10 | K | | |
| 151. -DuPont | | | | | Distributed | 05/28/10 | K | | |
| 152. -Exelon Corp. | | | | | Distributed | 05/28/10 | L | | |
| 153. -Exxon | | | | | Distributed | 05/28/10 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -First Energy Corp. | | | | | Distributed | 05/28/10 | K | | |
| 155. -Fortune Brands | | | | | Distributed | 05/28/10 | J | | |
| 156. -Frontier Communications | | | | | Distributed | 05/28/10 | J | | |
| 157. -Merck | | | | | Distributed | 05/28/10 | K | | |
| 158. -Nuveen Virginia Municipal Bond Fund | | | | | Distributed | 05/28/10 | J | | |
| 159. -Nuveen Select Maturities Municipal Fund | | | | | Distributed | 05/28/10 | K | | |
| 160. -Pepco | | | | | Distributed | 05/28/10 | K | | |
| 161. -PNC Financial Services Group, Inc. | | | | | Distributed | 05/28/10 | K | | |
| 162. -PPL Group | | | | | Distributed | 05/28/10 | L | | |
| 163. -Plum Creek Timber Company | | | | | Distributed | 05/28/10 | K | | |
| 164. -Progress Energy | | | | | Distributed | 05/28/10 | K | | |
| 165. -Verizon Communications | | | | | Distributed | 05/28/10 | J | | |
| 166. -Wal-Mart Stores | | | | | Distributed | 05/28/10 | J | | |
| 167. -Wells Fargo Advantage Municipal Fund | | | | | Distributed | 05/28/10 | K | | |
| 168. -Wells Fargo Stock New | | | | | Distributed | 05/28/10 | J | | |
| 169. -Fairfax County Bonds | | | | | Distributed | 05/28/10 | K | | |
| 170. -Southwest Va. Regional Jail Authority Bonds | | | | | Distributed | 05/28/10 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Virginia State Public School Authority | | | | | Distributed | 05/28/10 | K | | |
| 172.  -Virginia State Water Bonds | | | | | Distributed | 05/28/10 | K | | |
| 173.  Stock in ThompsonMcMullan See Part VIII, Note 7 | | None | | | Redeemed | 12/31/10 | K | E | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, Line 2. ThompsonMcMullan was the law firm with which I worked before taking office as a judge. I resigned effective the day of my swearing in.

2. Part I, Line 3. This is _____ estate.

3. Part I, Line 4. This is a commission appointed by the Governor of Virginia. I resigned upon my nomination to the bench.

4. Part II, Line 1. This 401K account came through my old law firm. I stopped making contributions when I left the firm to become a judge. In 2011, the investments were liquidated and invested in IRA 2.

5. Part VII, line 122-136. This 401 K account was closed after I left my old law firm. All the assets in the 401K were mutual funds. In order to close the 401K account, it was necessary to sell the mutual funds. The proceeds of the sales were invested in mutual funds in IRA 2. I am unable to report the gain (if any) on these assets, because the funds were acquired in a series of monthly deposits over approximately 15 years. I do not know the monthly cost of the shares, so I cannot calculate the gain upon sale.

6. Part VII, Line 139. This is the estate _____. I am _____ sole heir. All ____ assets were transferred to me, and I paid all her liabilities. ____ investments are includedin my investments Part VII.

7. Part VII, Line 167. This is my interest in my former law firm. I was paid for it immediately after I was sworn in as a judge.

8. Part VII, Line 23. I made a partial donation of shares of this stock. I do not know the precise dates on which this donation occurred. The dates of donation are estimates.

9. Part I, Lines 5 and 6. These are trusts _____.

10. Part VII. The assets listed on lines 39 through 73 of my nomination report were assets of ____ at the time I filed the report. We are no longer married.

FINANCIAL DISCLOSURE REPORT

Page 18 of 18

Name of Person Reporting

Gibney, John A.

Date of Report

08/06/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John A. Gibney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544